# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-3326
_____

Russell Holliday

*Plaintiff - Appellant*

v.

Allen Roberson, Administrator, Cleburne County Detention Center

*Defendant - Appellee*

Does, Jailers 1-4; Shift Supervisor 4, Cleburne County Detention Center

*Defendant*

Chris Brown, Sheriff, Cleburne County; Jonathon Woodson, Jailer, Cleburne County Detention Center; Devon Stroud, Jailer, Cleburne County Detention Center; Charles Golden, Jailer, Cleburne County Detention Center

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: March 27, 2024
Filed: April 1, 2024
[Unpublished]
_____

Before BENTON, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Russell Holliday appeals the district court's[1] order denying his motion for summary judgment and granting summary judgment for the defendants. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

This court has reviewed the record de novo as well as the parties' arguments on appeal and concludes that there is no basis for reversal. *See Nieters v. Holtan*, 83 F.4th 1099, 1105 (8th Cir. 2023) (de novo review of grant of summary judgment based on qualified immunity; for qualified immunity, facts must demonstrate constitutional or statutory deprivation when viewed in light most favorable to plaintiff).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

---

[1]The Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).